IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01654-MSK-KLM

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-25,

    Defendants.

_____

### *AMENDED* ORDER OF TRANSFER
_____

THIS MATTER comes before the Court *sua sponte*. In order to ensure the just, speedy, and inexpensive determination of this civil action, it appears that this matter is subject to reassignment pursuant to D.C.COLO.LCivR 40.1.A. With the approval of Chief Judge Wiley Y. Daniel,

**IT IS THEREFORE ORDERED** that this case is hereby transferred to the Honorable *Christine M. Arguello*. The Clerk shall effect such transfer.

DATED this 15th day of August, 2011.

                                                   **BY THE COURT:**

                                                 */s/ Marcia S. Krieger*
                                                _____
                                                Marcia S. Krieger
                                                United States District Judge