IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01654-CMA-MJW

PATRICK COLLINS, INC.,

Plaintiff(s),

v.

JOHN DOES 1-25,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In view of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Doe 2 Only (Docket No. 20), it is hereby ORDERED that the Motion to Quash Subpoena or, In the Alternative, for Protective Order, filed by Defendant J. Doe No. 2 (Docket No. 16), is denied as moot.

Date: October 4, 2011